**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MILLIE CABRERA POMALES,

                          Plaintiff,                      22 **CIVIL** 6009 (AEK)

      -against-                                **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                          Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated September 26, 2023, Plaintiff's motion (ECF No. 13) is GRANTED, the Commissioner's cross-motion (ECF No. 15) is DENIED, and this matter is remanded for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g).

**Dated:**  New York, New York

      September 26, 2023

                                   **RUBY J. KRAJICK**
                                  **Clerk of Court**

                **BY:**

                                _____
                                   **Deputy Clerk**